

SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF HAWAII

In re:

ALAN FUMIKO SHIMOOKA,

　　　　　　　Debtor.

Case No.: 23-00226
Chapter 13

Related: ECF 2

## ORDER RE: PLAN CONFIRMATION

The standing chapter 13 trustee has objected to confirmation of the

debtor's plan on the basis that the debtor did not comply with the trustee's

request to "resubmit 'signed' copies of tax returns" to the trustee. (ECF 15.)

Tax compliance is an important issue in bankruptcy cases. The court

cannot confirm a chapter 13 plan unless "the debtor has filed all applicable

Federal, State, and local tax returns as required by section 1308." 11 U.S.C.

§ 1325(a)(9). In addition, section 521(e)(2) requires all debtors to "provide" a specified tax return or transcript to the trustee. The tax returns also allow the trustee and interested creditors to check the debtor's financial representations in the bankruptcy filings. Further, one of the fundamental goals of bankruptcy is a "fresh start" for the honest but unfortunate debtor, and a debtor who is out of compliance with tax requirements will not have a fresh start.

The trustee routinely requests that debtors provide copies of their returns with a manual signature. Although the Code does not require this, the trustee does so to mitigate certain problems. The trustee states that many debtors attest that they have filed the required tax returns even though they have not, in fact, done so, and that some debtors provide copies of returns that are incomplete or not identical to the returns they filed. The trustee thinks that his signature requirement will encourage debtors to be more careful about the returns that they provide to him.

The trustee's concerns are legitimate, but a manual signature on the return is not the best way of addressing them. The debtor has the burden of

U.S. Bankruptcy Court - Hawaii   #23-00226   Dkt # 18   Filed  06/28/23   Page 2 of 3

proving, as a condition of plan confirmation, that the debtor has filed certain tax returns. A copy of a tax return, without more, is not evidence that the return was filed. Therefore, putting a signature on the copy does not help.

To address the problems that the trustee has identified, the debtor (or a person authorized to speak for the debtor) must affirmatively represent that each tax return provided to the trustee is a true, accurate, and complete copy of a return that was filed with the relevant tax authority. The form and manner of making this statement are not important.

Accordingly, the court will confirm the plan if the debtor makes this representation. The trustee shall submit a proposed confirmation order after the debtor makes the representation.

**END OF ORDER**

U.S. Bankruptcy Court - Hawaii   #23-00226   Dkt # 18   Filed  06/28/23   Page 3 of 3